Filed 9/21/16

# IN THE SUPREME COURT OF CALIFORNIA

| | | |
|---|---|---|
| THE PEOPLE | ) | |
| | ) | |
| Plaintiffs and Respondents, | ) | |
| | ) | S048763 |
| v. | ) | |
| | ) | |
| SERGIO DUJUAN NELSON | ) | |
| | ) | Los Angeles County |
| Defendant and Appellant; | ) | Super. Ct. No. KA019560 |
| | ) | |
| _____ | ) | |

## ORDER MODIFYING OPINION AND
## DENYING PETITION FOR REHEARING

THE COURT:

The majority opinion and the concurring and dissenting opinion in this matter filed on August 15, 2016, are modified as follows, and the petition for rehearing filed on August 30, 2016, is denied:

On page 2 of the majority opinion, in the sentence beginning "Nelson parked his bicycle," the phrase "firing additional shots into the car" is replaced by the phrase "firing again into the car."

On page 5 of the majority opinion, in the sentence beginning "Nelson walked back to the car," the phrase "fired two or three more rounds into it" is replaced by the phrase "fired again into it."

On pages 35 to 36 of the majority opinion, in the sentence beginning "To summarize," the phrase "firing additional shots into the vehicle" is replaced by the phrase "firing again into the vehicle."

1

On page 44 of the majority opinion, in the sentence beginning "After ensuring his victims were dead," the word "them" is deleted.

On page 2 of Justice Corrigan's separate opinion, in the sentence beginning "We also know from the testimony," the phrase "returning to the car to shoot several more times" is replaced by the phrase "returning to the car to shoot again."

These modifications do not change the judgment.